UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Guardian Life Insurance Company of America,

                Plaintiff,

-against-

Lloyd Polmateer and Sean Joiner,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2022

1:22-cv-01631 (AT) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

        The parties are directed to appear for a telephone conference tomorrow, Tuesday, March 1, 2022, at 12:00 p.m. to address Plaintiff's Emergency Motion. (*See* ECF No. 8.) At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. Plaintiff is directed to immediately email a copy of this Order to all affected parties and to call such parties and read to them (or to voicemail) a copy of this Order.

**SO ORDERED.**

DATED:      New York, New York
                 February 28, 2022

                                           _____
                                           STEWART D. AARON
                                           United States Magistrate Judge