```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Guardian Life Insurance Company of America,

                        Plaintiff,

-against-

Lloyd Polmateer and Sean Joiner,

                        Defendants.

1:22-cv-01631 (AT) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference today with the parties, and as addressed on the record during the conference, it is hereby Ordered as follows:

1. No later than March 8, 2022, Defendants shall produce Guardian client lists, client spreadsheets and client data, if any, in their possession, custody or control that are responsive to Plaintiff's Requests for Production Nos. 1 through 5 filed at ECF No. 11-1.

2. No later than March 11, 2022, Defendants shall produce all remaining documents, if any, in their possession, custody or control that are responsive to Plaintiff's Requests for Production Nos. 1 through 5 for the period February 2, 2022 through February 28, 2022.

3. No later than March 11, 2022, Plaintiff shall file a letter indicating whether it intends to pursue the production sought in Request No. 6 at this time and, if so, setting forth a proposed schedule for additional briefing with respect to such request.

4. Until further Order from this Court, Defendants, and any officers, agents, servants, employees, attorneys, and other persons who are in active concert or participation with them, are ordered to preserve any and all evidence as it relates to this matter, to include computers, cell phones and email accounts.

5. Plaintiff's motion to seal (ECF No. 6) is GRANTED. Having considered the test set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), the Court finds that the proposed redactions and sealing requests are narrowly tailored to protect personal and sensitive business information. A*ccord Mark v. Gawker Media LLC*, No. 13-CV-04347 (AJN), 2015 WL 7288641, at *2 (S.D.N.Y. Nov. 16, 2015) (granting motion to seal personal information and confidential business information).

The Clerk of Court is respectfully requested to terminate the motion at ECF No. 8.

**SO ORDERED.**

Dated:   New York, New York
         March 1, 2022

_____
STEWART D. AARON
United States Magistrate Judge