```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Guardian Life Insurance Company of America,

                Plaintiff,

-against-

Lloyd Polmateer and Sean Joiner,

                Defendants.

1:22-cv-01631 (AT) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that, no later than Friday, April 8, 2022, the parties shall file a proposed Scheduling Order.

**SO ORDERED.**

Dated:    New York, New York
          March 31, 2022

_____
STEWART D. AARON
United States Magistrate Judge