Charles Michael
+1 212 506-3900 direct
cmichael@steptoe.com



1114 Avenue of the Americas
New York, NY  10036-7703
212 506 3900 main
www.steptoe.com

> Request GRANTED. The case deadlines shall continue to be paused until 12/19/2022, at which point the parties shall file a further status update. SO ORDERED.
> Dated: 12/06/2022
> /s/ Stewart D. Aaron

December 5, 2022

**Via ECF**

Hon. Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl St., Room 1970
New York, NY 10007

      Re:   *The Guardian Life Insurance Company of America v. Lloyd Polmateer, et al.,* Case No. 22-cv-1631

Dear Judge Aaron:

      We represent plaintiff The Guardian Life Insurance Company of America ("Guardian") and write on behalf of all parties to the above case to provide, as promised (*see* ECF 71), a further status report on settlement.

      The parties have tentatively (on a non-binding basis) reached agreement as certain key settlement terms, including the economic terms, and expect to be able to finalize a written agreement in the next two weeks, at which point we would plan to report further to the Court. We respectfully request that the case deadlines remained paused in the meantime.

      We thank the Court for its assistance.

                                      Respectfully submitted,

                                      */s/ Charles Michael*

                                      Charles Michael

    cc:     All Counsel of Record (via ECF)