Charles Michael
+1 212 506-3900 direct
cmichael@steptoe.com

**Steptoe**

1114 Avenue of the Americas
New York, NY 10036-7703
212 506 3900 main
www.steptoe.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2022
```

December 19, 2022

Request GRANTED. The case deadlines shall continue to be paused until 1/9/2023, at which point the parties shall file a further status update. SO ORDERED.

Dated: 12/20/2022

*/s/ Stewart D. Aaron*

**Via ECF**

Hon. Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl St., Room 1970
New York, NY 10007

Re:  *The Guardian Life Insurance Company of America v. Lloyd Polmateer, et al.,* Case No. 22-cv-1631

Dear Judge Aaron:

We represent plaintiff The Guardian Life Insurance Company of America and write on behalf of all parties to the above case to provide, as directed (*see* ECF 73), a further status report on settlement.

The parties have exchanged drafts of a settlement agreement, but not completed negotiations.  Defendants circulated a markup on Friday, and Guardian responded with a new draft and comments this afternoon.

We hope to reach a final deal promptly.  To account for holiday schedules, we respectfully request that the case deadlines remained paused until January 9.  We will report back then, and do not expect to need a further extension.

We thank the Court for its assistance.

Respectfully submitted,

*/s/ Charles Michael*

Charles Michael

cc:      All Counsel of Record (via ECF)