Charles Michael
+1 212 506-3900 direct
cmichael@steptoe.com

1114 Avenue of the Americas
New York, NY  10036-7703
212 506 3900 main
www.steptoe.com

**Steptoe**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/10/2023__

January 10, 2023

Application GRANTED. SO ORDERED.
Dated: January 10, 2023

**Via ECF**

Hon. Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl St., Room 1970
New York, NY 10007

    Re:    *The Guardian Life Insurance Company of America v. Lloyd Polmateer, et al.,* **Case No. 22-cv-1631**

Dear Judge Aaron:

    We represent plaintiff The Guardian Life Insurance Company of America and write on behalf of all parties to the above case to provide, as directed (*see* ECF 74), a further status report on settlement.

    We are pleased to report that the parties have agreed to a written Settlement Agreement, and are exchanging signatures.  Under the terms of the Settlement Agreement, the case is to be voluntarily dismissed following a confidential payment, which is due in 30 days.

    We respectfully request that the case deadlines be stayed for a final period through February 14. By then, we expect to have filed a stipulation dismissing the case with prejudice.

    We thank the Court for its assistance, and in particular for the Court's patience during the period of the parties' settlement discussions.

    Respectfully submitted,

    */s/ Charles Michael*

    Charles Michael

cc:    All Counsel of Record (via ECF)